UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANNAMAE WILLIAMS,
                        Plaintiff,

     vs                                                 6:02-CV-1276

JoANNE B. BARNHART, as Commissioner
of Social Security,
                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                      OF COUNSEL:

STEPHEN J. MASTAITIS, JR., ESQ.
Attorney for Plaintiff                           MICHAEL S. O'DELL, ESQ.
1412 Route 9P
Saratoga Springs, NY 12866

HON. GLENN T. SUDDABY                 WILLIAM H. PEASE, ESQ.
United States Attorney                         Assistant U.S. Attorney
   Northern District of New York
Attorney for Defendant
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff filed an application for supplemental security income in July 1998. She commenced this action in October 2002. By Report-Recommendation dated February 21, 2006, the Honorable George H. Lowe, United States Magistrate Judge, recommended that this matter be remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report-Recommendation. No objections have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Lowe, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1). Accordingly, it is

ORDERED that this matter is REMANDED to the Commissioner for further proceedings consistent with the Report-Recommendation.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   March 28, 2005
         Utica, New York.